of the Labor Law. THE SPIRELLA COMPANY, INCORPORATED, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, and Others, Respondents.— Motion granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of JOSEPH NADLER, Appellant, against PINE VIEW HOTEL, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Application for leave to appeal as a poor person. Application denied without prejudice, without costs, upon the ground that it does not appear from the papers submitted that the appeal has any merit. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of PAUL G. PYTHILA, Appellant, against MT. SINAI HOSPITAL and TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to appear as a poor person denied, without costs, on the ground that the papers presented on this motion disclose that only questions of fact are involved. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD VAN ORDEN, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.— Motion to extend time within which to perfect appeal granted, and time extended to September, 1941, Order and General Calendar Term of this court. Motion to dispense with printing of record granted and motion to perfect appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of STEPHEN VARADY, Appellant, against DAVANA REALTY CORP. and ZURICH INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to appeal as a poor person denied, without costs, with leave to renew if it is made to appear on new application that there is a question of law which is reviewable in this court. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ABRAHAM VOLINSKY, Appellant, against RELIABLE WASTE AND RAG CO., INC., Respondent. STATE INDUSTRIAL BOARD, Respondent. — Motion denied without prejudice to a renewal thereof upon showing that a question of law is presented which may be reviewed by this court on appeal. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of YETTA WALTER, Appellant, against METRO SPORTSWEAR, INC., and NEW AMSTERDAM CASUALTY INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to compel State Industrial Board to accept notice of appeal denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of Mrs. SARAH WARREN, Appellant, against B. K. TRUSTEES-MIDWOOD MANAGEMENT CORP. and ÆTNA CASUALTY & SURETY CO., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for order directing State Industrial Board to accept claimant's notice of appeal denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

HAROLD H. WHITFORD, Respondent, v. ANNA U. WHITFORD, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed on the ground that it was not made within time. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.